## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  EMMA J SANCHEZ | ) | Case No. 24 B 02132 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for April 11, 2024 10:00 am, for the following:

Debtor has failed to provide copies to the Trustee of the most recently filed tax returns in accordance with 11 U.S.C. §§ 521(e)(2)(A)(i), and 1325(a)(1). Missing 2019 tax returns.

Debtor has failed to file a proper plan as required by Section 1325(a)(1) by failing to properly fill out: Part #5.1 to check boxes #2 and #3 and to provide 100% dividend to general unsecured creditors . If plan is not proposed at 100% box #3 in Part #2.3 must be checked instead of box #1, more legible pay advices for non-filing spouse must be provided, and documentation for the deduction taken on line #41 of the 122C-2 form must be provided.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: March 27, 2024

/s/ Thomas H. Hooper

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:   EMMA J SANCHEZ | ) | Case No. 24 B 02132 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

## CERTIFICATE OF SERVICE

I, Emily Baez, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

VW LAW LLC  (via CM/ECF)
*Attorney for Debtor*

Patrick Layng  (via CM/ECF)
United States Trustee

EMMA J SANCHEZ  (via First Class Mail)
4521 WENONAH AVE
FOREST VIEW, IL 60402
*Debtor*

Dated: March 27, 2024                                                                 /s/ Emily Baez
                                                                                     _____
                                                                                     Emily Baez
                                                                                     Office of the Chapter 13 Trustee
                                                                                     55 E. Monroe St., Suite 3850
                                                                                     Chicago, IL 60603
                                                                                     (312) 294-5900